**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 01-2140**

ROBERT P. ROSELLI,

Plaintiff - Appellant,

versus

THE UNITED STATES DEPARTMENT OF EDUCATION;
DIANE SPADONI, Regional Director, Chicago Ser-
vice Center,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  James R. Spencer, District Judge.
(CA-01-504-3)

Submitted:  December 19, 2001      Decided:  January 11, 2002

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Robert P. Roselli, Appellant Pro Se.  Mary Hannah Lauck, OFFICE OF
THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert P. Roselli appealed from the district court's order denying his motion for a preliminary injunction. The Government subsequently informed the district court that it had voluntarily provided to Roselli "the relief he sought." The district court thereupon dismissed Roselli's suit as moot. Because there is no longer a case or controversy, we likewise dismiss the appeal as moot. See Toms v. Allied Bond & Collection Agency, Inc., 179 F.3d 103, 105 (4th Cir. 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED